IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02742-MSK

MARK TURNER, and
DAISY VENTURA,

    Plaintiffs,

DAVITA HEALTHCARE PARTNERS, INC., and
TOTAL RENAL CARE**,**

    Defendants.

## FINAL JUDGMENT

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

    Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #37**) filed on June 22, 2018, GRANTING Defendants' Motion to Dismiss (**Doc. #30**) it is

    ORDERED the Amended Complaint (**Doc. #24**) is DISMISSED in accordance with **Doc. #37**.

    ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

    The case will be closed.

DATED this 22nd day of June, 2018.

                                    ENTERED FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    s/Patricia Glover
                                        Deputy Clerk